IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEBORAH F. MORRIS**                                                          **PLAINTIFF**

v.                              No. 5:10–cv–330–DPM

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                **DEFENDANT**

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Morris's complaint with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2012